JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR EVANS (SBN 355492)
tevans@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

JUHI S. AGGARWAL (OSB No. 130764)*
juhi.aggarwal@homeforward.org
HOME FORWARD
135 SW Ash Street
Portland, OR 97204
Telephone: 503-545-5090

*Attorney for Plaintiff*
HOME FORWARD
*Application for admission pro hac vice forthcoming

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 175394)
Chief Deputy City Attorney
MOLLIE M. LEE (SBN 251404)
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3935
Facsimile: (415) 437-4644
ronald.lee@sfcityatty.org

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

DANIEL B. ATCHISON (OSB No. 040424)*
datchison@cityofsalem.net
THOMAS V. CUPANI (OSB No. 924654)*
tcupani@cityofsalem.net
City of Salem, Legal Department
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY OF SALEM
*Application for admission pro hac vice forthcoming

MICHAEL BUENNAGEL (SBN 259000)
MBuennagel@counsel.lacounty.gov
THOMAS FAUGHAN (SBN 155238)
tfaughnan@counsel.lacounty.gov
BEHNAZ TASHAKORIAN (SBN 213311)*
Btashakorian@counsel.lacounty.gov
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
Telephone: (213) 974-1811
*Application for Northern District Admission forthcoming

*Attorneys for Plaintiff*
LOS ANGELES COUNTY DEVELOPMENT AUTHORITY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,<br><br>          Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>          Defendant. | Case No. 4:25-cv-08859-KAW<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**<br><br>Complaint Filed: October 15, 2025 |

**NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

PLEASE TAKE NOTICE that as soon as counsel may be heard in the United States District Court for Northern District of California, Plaintiffs Housing Authority of the County of San Diego, Home Forward, Housing Authority of City of Los Angeles, Los Angeles County Development Agency, Housing Authority of the City and County of San Francisco, Salem Housing Authority, Housing Authority of Baltimore City, and San Diego Housing Commission will, and hereby do, move the Court pursuant to Federal Rule of Civil Procedure 65 and Civil Local Rule 65-1 for a temporary restraining order enjoining Defendants U.S. Department of Housing and Urban Development and Secretary Scott Turner (collectively, "HUD") from imposing or enforcing the unlawful and unauthorized new grant conditions (collectively "HUD Grant Conditions") or any materially similar terms or conditions to any federal funds received by or awarded to Plaintiffs, directly or indirectly.

This Motion presents the following five issues to be decided: (1) whether Plaintiffs have shown a likelihood of success on the merits of their claim that the HUD Grant Conditions violate the Separation of Powers Doctrine, the Fifth Amendment, and the Spending Clause of the United States Constitution; (2) whether Plaintiffs have shown a likelihood of success on the merits of its claim that the HUD Grant Conditions violates the Administrative Procedure Act, 5 U.S.C. § 706(2)(A)-(D); (3) whether Plaintiff faces a likelihood of irreparable harm in the absence of a temporary restraining order; and (4) whether the balance of equities and public interest favor injunctive relief.

Plaintiffs' Motion is based on the separate supporting Memorandum of Points and Authorities ("MPA") and Request for Judicial Notice filed concurrently herewith, declarations and exhibits in support of the MPA, and all pleadings, arguments, and matters before the Court.

| | |
|---|---|
| Dated: October 16, 2025 | RENNE PUBLIC LAW GROUP |
| | By: ___*/s/ Jonathan V. Holtzman*___<br>      JONATHAN V. HOLTZMAN |
| | Attorney for Plaintiffs<br>HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; SALEM HOUSING AUTHORITY; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION |
| Dated: October 16, 2025 | SAN FRANCISCO CITY ATTORNEY'S OFFICE |
| | By: ___*/s/ David Chiu*___<br>      DAVID CHIU |
| | Attorney for Plaintiff<br>HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO |

-4-

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION – Case No. 4:25-cv-08859-KAW