| | |
|---|---|
| JONATHAN V. HOLTZMAN (SBN 99795)<br>jholtzman@publiclawgroup.com<br>JAMES R. ROSS (SBN 149199)<br>jross@publiclawgroup.com<br>RYAN P. McGINLEY-STEMPEL (SBN 296182)<br>rmcginleystempel@publiclawgroup.com<br>JAKE D. FREITAS (SBN 341837)<br>jfreitas@publiclawgroup.com<br>MARIBEL LOPEZ (SBN 340907)<br>mlopez@publiclawgroup.com<br>TAYLOR EVANS (SBN 355492)<br>tevans@publiclawgroup.com<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, California 94104<br>Telephone: (415) 848-7200<br>Facsimile:  (415) 848-7230<br><br>*Attorneys for Plaintiffs*<br>HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION<br><br>JUHI S. AGGARWAL (OSB No. 130764)*<br>juhi.aggarwal@homeforward.org<br>HOME FORWARD<br>135 SW Ash Street<br>Portland, OR 97204<br>Telephone:  503-545-5090<br><br>*Attorney for Plaintiff*<br>HOME FORWARD<br>**Application for admission pro hac vice forthcoming* | DAVID CHIU (SBN 189542)<br>City Attorney<br>YVONNE R. MERÉ (SBN 175394)<br>Chief Deputy City Attorney<br>MOLLIE M. LEE (SBN 251404)<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>RONALD H. LEE (SBN 238720)<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5402<br>Telephone: (415) 554-3935<br>Facsimile:  (415) 437-4644<br>ronald.lee@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO<br><br>DANIEL B. ATCHISON (OSB No. 040424)*<br>datchison@cityofsalem.net<br>THOMAS V. CUPANI (OSB No. 924654)*<br>tcupani@cityofsalem.net<br>City of Salem, Legal Department<br>PO Box 14300<br>Salem, Oregon 97309-3986<br>Telephone: (503) 588-6003<br>Facsimile:  (503) 361-2202<br><br>*Attorneys for Plaintiff*<br>HOUSING AUTHORITY OF THE CITY OF SALEM<br>**Application for admission pro hac vice forthcoming*<br><br>MICHAEL BUENNAGEL (SBN 259000)<br>MBuennagel@counsel.lacounty.gov<br>THOMAS FAUGHAN (SBN 155238)<br>tfaughnan@counsel.lacounty.gov<br>BEHNAZ TASHAKORIAN (SBN 213311)*<br>Btashakorian@counsel.lacounty.gov<br>Office of the County Counsel<br>County of Los Angeles<br>Kenneth Hahn Hall of Administration<br>500 West Temple Street #648<br>Los Angeles, CA 90012<br>Telephone: (213) 974-1811<br>**Application for Northern District Admission forthcoming*<br><br>*Attorneys for Plaintiff*<br>LOS ANGELES COUNTY DEVELOPMENT AUTHORITY |

DECLARATION OF JAMES R. ROSS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE – CASE NO. 4:25-cv-08859-KAW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, et al., <br><br> Defendants. | Case No. 4:25-cv-08859-KAW <br><br> **DECLARATION OF JAMES R. ROSS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE** <br><br> Complaint Filed: October 15, 2025 |

I, James R. Ross, declare and state the following:

1. I am an attorney at Renne Public Law Group. I represent the Plaintiffs in the above-captioned matter.

2. Plaintiffs filed this action on October 15, 2025. On October 16, 2025, I sent an email to the following individuals attaching a courtesy copy of the complaint and informing them that Plaintiffs intend to file a motion in district court today seeking a temporary restraining order prohibiting Defendants from imposing or enforcing conditions challenged in the Complaint or any materially similar terms or conditions to any funds awarded to Plaintiff, directly or indirectly, and order to show cause why a preliminary injunction should not be issued:

- ERIC J. HAMILTON
  Deputy Assistant Attorney
  United States Department of Justice, Federal Programs Branch
  eric.hamilton@usdoj.gov

- ALEX HAAS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  alex.haas@usdoj.gov

- DIANE KELLEHER
  Co-Director
  United States Department of Justice, Federal Programs Branch
  diane.kelleher@usdoj.gov

- JOHN GRIFFITHS
  Co-Director
  United States Department of Justice, Federal Programs Branch
  john.griffiths@usdoj.gov

- CRAIG H. MISSAKIAN
  United States Attorney
  United States Attorney's Office, Northern District of California
  craig.missakian@usdoj.gov

- PAMELA JOHANN
  Civil Division Chief
  United States Attorney's Office, Northern District of California
  pamela.johann@usdoj.gov

- R. CHARLIE MERRITT
  Senior Counsel
  United States Department of Justice, Federal Programs Branch
  robert.c.merritt@usdoj.gov

3. Attached to our concurrently filed request for judicial notice are true and correct copies of the following documents:

- **Exhibit A:** U.S. Department of Housing & Urban Development, General Administrative, National, and Departmental Policy Requirements and Terms for HUD's Financial Assistance Programs (Revised April 22, 2025), https://www.hud.gov/sites/default/files/CFO/documents/Administrative-Requirements-Addendum-FY2025.pdf.

- **Exhibit B:** Press Release No. 25-059, HUD Delivers Mission-Minded Results in Trump Administration's First 100 Days, https://www.hud.gov/news/hud-no-25-059.

- **Exhibit C:** Public Housing Operating Subsidy Grant Eligibility Calculations and Processing for Calendar Year 2026 (HUD-PIH 2025-22), https://www.hud.gov/sites/dfiles/OCHCO/documents/PIH_2025-22.pdf

- **Exhibit D**: FY 2025 Capital Fund Processing Guidance for PHAs, https://www.hud.gov/sites/default/files/PIH/documents/FY25_Processing_Guidance.pdf.

- **Exhibit E:** CY 2025 Annual Renewal Guidance, https://www.hud.gov/sites/dfiles/Housing/documents/CY25-MFSC-CHSP-Annual-Renewal-Guidance.pdf.

- **Exhibit F:** CY 2025 Terms and Conditions for Service Coordinators in Multifamily Housing Program grants, https://www.hud.gov/sites/dfiles/Housing/documents/CY25-MFSC-CHSP-Terms-Conditions.pdf.

- **Exhibit G:** FY 2025 Family Self-Sufficiency Grant Program Annual Funding Notification and Application Process, Notice PIH, https://www.hud.gov/sites/dfiles/PIH/documents/PIH-2025-24.pdf.

- **Exhibit H:** Memo from Pam Bondi, Attorney General, to all DOJ Employees (Feb. 5, 2025), https://www.justice.gov/ag/media/1388501/dl?inline

- **Exhibit I:** Memo from Pam Bondi, Attorney General, for all Federal Agencies (Jul. 29, 2025), https://www.justice.gov/ag/media/1409486/dl?inline.

DECLARATION OF JAMES R. ROSS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE – CASE NO. 4:25-cv-08859-KAW

- **Exhibit J**: Memo from Todd Blanche, Deputy Attorney General, to DOJ Offices, 19 Divisions, and U.S. Attorneys (May 19, 2025), https://www.justice.gov/dag/media/1400826/dl?inline.

4. Prior to the filing of this complaint and Motion for Temporary Restraining Order and Order to Show Cause, I engaged in meet and confer efforts with R. Charlie Merritt, Senior Counsel, United States Department of Justice, Federal Programs Branch, in an attempt to reach an agreement that could have obviated the need for this filing or, at minimum, delayed its filing through an extension of the October 21, 2025 deadline for certain grants.  However, for various reasons, which may have included the difficulty in communicating with staff at the U.S. Department of Housing & Urban Development during the ongoing Government shutdown, the parties were unable to reach an agreement prior to this motion needing to be filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed in Redding, California, on October 16, 2025.

Dated:  October 16, 2025

RENNE PUBLIC LAW GROUP

*James R. Ross*

_____
JAMES R. ROSS