JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR EVANS (SBN 355492)
tevans@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

JUHI S. AGGARWAL (OSB No. 130764)*
juhi.aggarwal@homeforward.org
HOME FORWARD
135 SW Ash Street
Portland, OR 97204
Telephone: 503-545-5090

*Attorney for Plaintiff*
HOME FORWARD
**Application for admission pro hac vice forthcoming*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 175394)
Chief Deputy City Attorney
MOLLIE M. LEE (SBN 251404)
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3935
Facsimile: (415) 437-4644
ronald.lee@sfcityatty.org

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

DANIEL B. ATCHISON (OSB No. 040424)*
datchison@cityofsalem.net
THOMAS V. CUPANI (OSB No. 924654)*
tcupani@cityofsalem.net
City of Salem, Legal Department
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY OF SALEM
**Application for admission pro hac vice forthcoming*

MICHAEL BUENNAGEL (SBN 259000)
MBuennagel@counsel.lacounty.gov
THOMAS FAUGHAN (SBN 155238)
tfaughnan@counsel.lacounty.gov
BEHNAZ TASHAKORIAN (SBN 213311)*
Btashakorian@counsel.lacounty.gov
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
Telephone: (213) 974-1811
**Application for Northern District Admission forthcoming*

*Attorneys for Plaintiff*
LOS ANGELES COUNTY DEVELOPMENT AUTHORITY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>　　Defendants. | Case No. 4:25-cv-08859-KAW<br><br>**DECLARATION OF DANIEL ADAMS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**<br><br>Complaint Filed: October 15, 2025 |

I, Daniel Adams, declare as follows:

1. I am a resident of the State of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to the matters set forth below.

2. I am the Acting Executive Director of the Housing Authority of the City and County of San Francisco ("SFHA"). I was appointed to this position on September 12, 2025. I concurrently serve as the Director of the San Francisco Mayor's Office of Housing and Community Development. SFHA was established by the San Francisco Board of Supervisors in 1938 to provide federally subsidized housing and housing assistance to low-income families within the City and County of San Francisco. Although SFHA is an independent public entity, it has entered into a Memorandum of Understanding with the City and County of San Francisco ("the City") such that the City became responsible for overseeing SFHA's essential functions.

3. As the Acting Executive Director, I lead and oversee the operations of SFHA, ensuring that its housing programs effectively provide quality, safe, and affordable housing, and ensuring compliance with HUD requirements and consistency with the City's housing priorities.

4. SFHA's operates a Low-Income Public Housing Program that comprises two public housing sites in San Francisco: Plaza East Apartments located at 1300 Buchanan Street and North Beach Place located at 455 Bay Street. These properties provide 331 units of family housing, senior housing, and housing for people with disabilities. Together, these units provide housing for 646 residents.

5. SFHA also operates a tenant-based and project-based Housing Choice Voucher (HCV) Program, a HUD-funded program that assists very low-income families, the elderly, and the disabled to afford decent, safe, and sanitary housing in the private market. The HCV program currently serves 16,120 households.

6. The Public Housing Program depends on both operating and capital funds from HUD. HUD operating funds are awarded on a formula basis and are used to provide annual Operating Subsidy grants to public housing agencies to assist with operations and management expenses. HUD capital funds are also awarded on a formula basis to provide annual Capital Fund grants to public housing agencies for the development, modernization, repairs, and major improvements of public housing.

7. To receive its Operating Subsidy grant for the calendar year 2026, SFHA must submit its application on or before October 21, 2025. SFHA received $4.0 million in 2025. SFHA anticipates receiving $2.9 million in 2026.

8. SFHA's application for the Capital Fund grant for the calendar year 2026 was due in July 2025. SFHA submitted the application without certifying to new grant conditions imposed by HUD. SFHA received $5.5 million in 2025. The amount SFHA anticipates receiving for 2026 is not yet known and will depend on HUD's formula allocation after Congress passes HUD's budget.

9. To further support public housing residents, SFHA also operates the Family Self-Sufficiency (FSS) Program that helps and encourages residents to increase their earned income and reduce reliance on federal assistance programs. An interest-bearing escrow account is established by the Authority on behalf of the participant, and any increases in the family's rent because of increased earned income result in a credit to the family's escrow account. Once a family completes the program, they may access the escrow and use it for any purpose. Enrolled participants also have access to case management and coaching services that support residents in achieving financial and employment goals. 144 families currently participate in SFHA's FSS program.

10. The FSS Program is supported by the FSS Grant, a HUD-funded formula grant that funds two coordinator positions. SFHA received $283,485.96 for two positions in 2025. To receive the FSS Grant in 2026, SFHA must submit its application by October 29, 2025. SFHA plans to apply for renewal funding in 2026 to fund these two positions.

11. SFHA is 95% federally funded by HUD. SFHA therefore relies heavily on the stability of HUD funding to ensure it can operate its housing programs. An interruption or loss of the Operating Subsidy or Capital Fund grants would severely compromise SFHA's ability to operate its housing programs and would impose the following material and ongoing operational risks:

- Inability to meet operating cost obligations essential to the safety and performance of the property, including property insurance, utilities, trash collection, etc.
- Staff reductions, hiring freezes, and the elimination of resident services, community programs, janitorial services, landscaping and security contracts, all of which will adversely affect housing quality and tenant well-being.

-4-

- Critical maintenance activities will be delayed or canceled, resulting in physical deterioration of units and noncompliance with HUD physical standards.
- Delays to critically needed capital investments and improvements to conditions at Plaza East Apartments to address longstanding deficiencies.
- Delays to essential investment in modernization, efficiency improvements, and long-term capital improvements, thereby exposing SFHA to heightened financial and physical risk.

12. The loss of the FSS Grant would mean the loss of a critical position within SFHA to administer the FSS Program. These duties would fall onto other SFHA staff, who are already overburdened with existing duties.

13. SFHA has no ability to make up the loss of this funding and cannot tap into the City's General Fund.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 15th, 2025 at San Francisco, California.

Signed by:
*Daniel Adams*
E09C20545F78457...

Daniel Adams
Acting Executive Director
Housing Authority of the City and County of San Francisco