| | |
|---|---|
| JONATHAN V. HOLTZMAN (SBN 99795)<br>jholtzman@publiclawgroup.com<br>JAMES R. ROSS (SBN 149199)<br>jross@publiclawgroup.com<br>RYAN P. McGINLEY-STEMPEL (SBN 296182)<br>rmcginleystempel@publiclawgroup.com<br>JAKE D. FREITAS (SBN 341837)<br>jfreitas@publiclawgroup.com<br>MARIBEL LOPEZ (SBN 340907)<br>mlopez@publiclawgroup.com<br>TAYLOR EVANS (SBN 355492)<br>tevans@publiclawgroup.com<br>RENNE PUBLIC LAW GROUP<br>350 Sansome Street, Suite 300<br>San Francisco, California 94104<br>Telephone: (415) 848-7200<br>Facsimile: (415) 848-7230<br><br>*Attorneys for Plaintiffs*<br>HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION<br><br>JUHI S. AGGARWAL (OSB No. 130764)*<br>juhi.aggarwal@homeforward.org<br>HOME FORWARD<br>135 SW Ash Street<br>Portland, OR 97204<br>Telephone: 503-545-5090<br><br>*Attorney for Plaintiff*<br>HOME FORWARD<br>**Application for admission pro hac vice forthcoming* | DAVID CHIU (SBN 189542)<br>City Attorney<br>YVONNE R. MERÉ (SBN 175394)<br>Chief Deputy City Attorney<br>MOLLIE M. LEE (SBN 251404)<br>Chief of Strategic Advocacy<br>SARA J. EISENBERG, SBN 269303<br>Chief of Complex and Affirmative Litigation<br>RONALD H. LEE (SBN 238720)<br>Deputy City Attorney<br>Fox Plaza<br>1390 Market Street, 7th Floor<br>San Francisco, CA 94102-5402<br>Telephone: (415) 554-3935<br>Facsimile: (415) 437-4644<br>ronald.lee@sfcityatty.org<br><br>*Attorneys for Plaintiff*<br>HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO<br><br>DANIEL B. ATCHISON (OSB No. 040424)*<br>datchison@cityofsalem.net<br>THOMAS V. CUPANI (OSB No. 924654)*<br>tcupani@cityofsalem.net<br>City of Salem, Legal Department<br>PO Box 14300<br>Salem, Oregon 97309-3986<br>Telephone: (503) 588-6003<br>Facsimile: (503) 361-2202<br><br>*Attorneys for Plaintiff*<br>HOUSING AUTHORITY OF THE CITY OF SALEM<br>**Application for admission pro hac vice forthcoming*<br><br>MICHAEL BUENNAGEL (SBN 259000)<br>MBuennagel@counsel.lacounty.gov<br>THOMAS FAUGHAN (SBN 155238)<br>tfaughnan@counsel.lacounty.gov<br>BEHNAZ TASHAKORIAN (SBN 213311)*<br>Btashakorian@counsel.lacounty.gov<br>Office of the County Counsel<br>County of Los Angeles<br>Kenneth Hahn Hall of Administration<br>500 West Temple Street #648<br>Los Angeles, CA 90012<br>Telephone: (213) 974-1811<br>**Application for Northern District Admission forthcoming*<br><br>*Attorneys for Plaintiff*<br>LOS ANGELES COUNTY DEVELOPMENT AUTHORITY |

[PROPOSED] ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION – CASE NO. 4:25-CV-08859-KAW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Case No. 4:25-cv-08859-KAW<br><br>**[PROPOSED] ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>Complaint Filed: October 15, 2025 |

**[PROPOSED] ORDER TO SHOW CAUSE**

Defendants are ordered to show cause before this Court why a preliminary injunction should not issue enjoining Defendants during the pendency of this action from imposing or enforcing the unlawful and unauthorized HUD Grant Conditions or any materially similar terms or conditions to any federal funds received by or awarded, directly or indirectly, to Plaintiffs. The hearing on the order to show cause will be held on _____ at _____.

It is furthered ordered that:

1. Any opposing papers shall be filed with the Court and served upon Plaintiffs or Plaintiffs' counsel no later than _____.

2. Any reply papers shall be filed with the Court and served on Defendants or Defendants' counsel no later than _____.

**IT IS SO ORDERED.**

Dated:

_____
UNITED STATES DISTRICT JUDGE