# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

25-cv-07070-RS

City of Fresno v. Turner

I find that the more recently filed case(s) that I have initialed below are not related to the case assigned to me, and such case(s) shall not be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 4:25-cv-8859 JST | Housing Authority of the County of San Diego v. Turner, et al. | | X |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related, and no reassignments shall occur.

Dated:  October 17, 2025   By: *Karen L. Hom*

Karen Hom, Deputy Clerk