1

2

3

4                  UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

7   HOUSING AUTHORITY OF THE CITY          Case No. 25-cv-08859-JST
    AND COUNTY OF SAN FRANCISCO, et
8   al.,
                                           **CLERK'S NOTICE SETTING CASE**
9                  Plaintiffs,             **MANAGEMENT CONFERENCE AND**
                                           **ZOOM HEARING**
10          v.
                                           Re: Dkt. No. 12
11  SCOTT TURNER, et al.,

12                 Defendants.

13          **YOU ARE NOTIFIED THAT** a Case Management Conference is set for January 20,

14  2026 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference

15  Statement is due by January 13, 2026.  This proceeding will be held via a Zoom webinar.

16

17  Dated: October 20, 2025

18

19                                         Mark B. Busby
                                           Clerk of Court, United States District Court
20
                                           By: _____
21                                         Dianna Shoblo, Deputy Clerk to the
                                           Honorable JON S. TIGAR
22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*