CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MICHELLE LO (NYRN 4325163)
Acting Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-8859-JST <br><br> **DEFENDANTS' STATUS REPORT PURSUANT TO COURT ORDER (ECF NO. 19)** |

    On October 18, 2025, the Court issued a temporary restraining order against Defendants. ECF No. 19 ("Order"). Among other things, the Order requires Defendants, by October 21, 2025, to "serve and file a status report verifying under penalty of perjury that (1) Plaintiffs are not subject to the HUD Grant Conditions; and (2) Defendants have complied with this order, including providing a copy of this order to all HUD personnel. Defendants shall also detail any additional steps they have taken to comply with this order." *Id.*

    In accordance with the Court's Order, Defendants hereby submit the Declarations of Heidi Frechette and Vance T. Morris as attachments to this status report.

    //

| | |
|---|---|
| 1  DATED: October 21, 2025 | Respectfully submitted, |
| 2 | CRAIG H. MISSAKIAN<br>United States Attorney |
| 4 | */s/ Jevechius D. Bernardoni*<br>JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney |
| 6 | *Attorneys for Defendants* |

DEFENDANTS' STATUS REPORT PURSUANT TO COURT ORDER (ECF NO. 19)
No. 4:25-cv-8859-JST                                              2