1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

Housing Authority of the Cou ,

Plaintiff(s),

v.

Scott Turner, et al.          ,

Defendant(s).

Case No. 4:25-cv-08859-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**

(CIVIL LOCAL RULE 11-3)

I, Daniel B. Atchison , an active member in good standing of the bar of the State of Oregon , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Housing Authority of the City of  in the above-entitled action. My local co-counsel in this case is James Ross , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 149199 .

PO Box 14300, Salem, OR 97309
MY ADDRESS OF RECORD

503-588-6003
MY TELEPHONE # OF RECORD

datchison@cityofsalem.net
MY EMAIL ADDRESS OF RECORD

350 Sansome St., Ste 300
~~San Francisco, CA 94104~~
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-848-7200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jross@publiclawgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 040424 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  10/17/2025 _____                    Daniel B. Atchison _____
                                                        APPLICANT

5

6    ════════════════════════════════════════════════════════

7

8                           ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Daniel B. Atchison _____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:    October 22, 2025 _____

16

17    _____
      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

18

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                                    2

(Left margin, rotated: United States District Court / Northern District of California)