UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Housing Authority of the City,

    Plaintiff(s),

v.

Scott Turner, et al.,

    Defendant(s).

Case No. 4:25-cv-08859-KAW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**

(CIVIL LOCAL RULE 11-3)

I, Thomas V. Cupani, an active member in good standing of the bar of the State of Oregon, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Housing Authority of the City of in the above-entitled action. My local co-counsel in this case is James Ross, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 149199.

PO Box 14300, Salem, OR 97309
MY ADDRESS OF RECORD

350 Sansome St., Ste 300
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

503-588-6003
MY TELEPHONE # OF RECORD

415-848-7200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

tcupani@cityofsalem.net
MY EMAIL ADDRESS OF RECORD

jross@publiclawgroup.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 924654.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/17/2025

Thomas V. Cupani
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Thomas V. Cupani is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 22, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE