| | |
|---|---|
| JONATHAN V. HOLTZMAN (SBN 99795) | DAVID CHIU (SBN 189542) |
| jholtzman@publiclawgroup.com | City Attorney |
| JAMES R. ROSS (SBN 149199) | YVONNE R. MERÉ (SBN 175394) |
| jross@publiclawgroup.com | Chief Deputy City Attorney |
| RYAN P. McGINLEY-STEMPEL (SBN 296182) | MOLLIE M. LEE (SBN 251404) |
| rmcginleystempel@publiclawgroup.com | Chief of Strategic Advocacy |
| JAKE D. FREITAS (SBN 341837) | SARA J. EISENBERG, SBN 269303 |
| jfreitas@publiclawgroup.com | Chief of Complex and Affirmative Litigation |
| MARIBEL LOPEZ (SBN 340907) | RONALD H. LEE (SBN 238720) |
| mlopez@publiclawgroup.com | Deputy City Attorney |
| TAYLOR EVANS (SBN 355492) | Fox Plaza |
| tevans@publiclawgroup.com | 1390 Market Street, 7th Floor |
| RENNE PUBLIC LAW GROUP | San Francisco, CA 94102-5402 |
| 350 Sansome Street, Suite 300 | Telephone: (415) 554-3935 |
| San Francisco, California 94104 | Facsimile: (415) 437-4644 |
| Telephone: (415) 848-7200 | ronald.lee@sfcityatty.org |
| Facsimile: (415) 848-7230 | |

*Attorneys for Plaintiffs*
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

JUHI S. AGGARWAL (OSB No. 130764)*
juhi.aggarwal@homeforward.org
HOME FORWARD
135 SW Ash Street
Portland, OR 97204
Telephone: 503-545-5090

*Attorney for Plaintiff*
HOME FORWARD
*Admitted pro hac vice

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

DANIEL B. ATCHISON (OSB No. 040424)*
datchison@cityofsalem.net
THOMAS V. CUPANI (OSB No. 924654)*
tcupani@cityofsalem.net
City of Salem, Legal Department
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY OF SALEM
*Admitted pro hac vice

MICHAEL BUENNAGEL (SBN 259000)
MBuennagel@counsel.lacounty.gov
THOMAS FAUGHNAN (SBN 155238)
tfaughnan@counsel.lacounty.gov
BEHNAZ TASHAKORIAN (SBN 213311)*
Btashakorian@counsel.lacounty.gov
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
Telephone: (213) 974-1811
*Application for Northern District Admission forthcoming

*Attorneys for Plaintiff*
LOS ANGELES COUNTY DEVELOPMENT AUTHORITY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>　　　　　　　　Defendant. | Case No. 4:25-cv-08859-JST<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: October 15, 2025<br><br>Hon. Jon S. Tigar<br><br>Hearing Date:　November 12, 2025<br>Time:　　　　　9:30 a.m.<br>Location:　　　Zoom Videoconference |

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by RENNE PUBLIC LAW GROUP. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. I am over the age of 18 and not a party to this action.

On October 31, 2025, I served the following document(s):

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF [DKT 1]**

**ISSUED SUMMONS IN A CIVIL ACTION [DKT 16]**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**GUIDELINES FOR FINAL PRETRIAL CONFERENCE IN BENCH TRIALS BEFORE DISTRICT JUDGE JON S. TIGAR**

**GUIDELINES FOR FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE DISTRICT JUDGE JON S. TIGAR**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [DKT 15]**

by the following method(s):

X   **CERTIFIED & RETURN RECEIPT via United States Mail**. I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses on the attached Service List and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

## SERVICE LIST

| | |
|---|---|
| United States Attorney for Northern District<br>Civil Process Clerk<br>United States Attorney's Office for the<br>Northern District of California<br>450 Golden Gate Avenue<br>P.O. Box 36055<br>San Francisco, CA 94102 | Pamela Bondi<br>U.S. Attorney General in Washington, DC<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| Scott Turner<br>Secretary of Housing and Urban Development<br>U.S. Department of Housing and Urban Dev.<br>Office of Litigation<br>451 Seventh Street, S.W.<br>Washington, DC 20410 | U.S. Department of Housing and Urban Development<br>The Associate General Counsel for Litigation<br>Office of Litigation<br>U.S. Department of Housing and Urban Development<br>451 Seventh Street, S.W.<br>Washington, DC 20410 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2025 at San Francisco, California.

By: _____*Sherry Sly*_____
Sherry Sly




