JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR EVANS (SBN 355492)
tevans@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

JUHI S. AGGARWAL (OSB No. 130764)*
juhi.aggarwal@homeforward.org
HOME FORWARD
135 SW Ash Street
Portland, OR 97204
Telephone: 503-545-5090

*Attorney for Plaintiff*
HOME FORWARD
*Application for admission pro hac vice forthcoming

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 175394)
Chief Deputy City Attorney
MOLLIE M. LEE (SBN 251404)
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3935
Facsimile: (415) 437-4644
ronald.lee@sfcityatty.org

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

DANIEL B. ATCHISON (OSB No. 040424)*
datchison@cityofsalem.net
THOMAS V. CUPANI (OSB No. 924654)*
tcupani@cityofsalem.net
City of Salem, Legal Department
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY OF SALEM
*Application for admission pro hac vice forthcoming

MICHAEL BUENNAGEL (SBN 259000)
MBuennagel@counsel.lacounty.gov
THOMAS FAUGHAN (SBN 155238)
tfaughnan@counsel.lacounty.gov
BEHNAZ TASHAKORIAN (SBN 213311)*
Btashakorian@counsel.lacounty.gov
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
Telephone: (213) 974-1811
*Application for Northern District Admission forthcoming

*Attorneys for Plaintiff*
LOS ANGELES COUNTY DEVELOPMENT AUTHORITY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>Defendant. | Case No. 4:25-cv-08859-JST<br><br>**PLAINTIFFS' NOTICE OF PAYMENT OF BOND**<br><br>Complaint Filed: October 15, 2025 |

PLAINTIFFS' NOTICE OF PAYMENT OF BOND – CASE NO. 4:25-CV-08859-JST

Pursuant to this Court's Order Granting Preliminary Injunction (Dkt. 33), Plaintiffs HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION hereby give notice of posting a nominal bond of $100 with the Clerk of the Court (see Exhibit A).

Dated: November 20, 2025

RENNE PUBLIC LAW GROUP

By: _____/s/ Jonathan V. Holtzman_____
JONATHAN V. HOLTZMAN

Attorney for Plaintiffs
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD DEVELOPMENT ENTERPRISES CORPORATION; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; SALEM HOUSING AUTHORITY; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

Dated: November 20, 2025

SAN FRANCISCO CITY ATTORNEY'S OFFICE

By: _____/s/ Ronald H. Lee_____
RONALD H. LEE

Attorney for Plaintiff
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

PLAINTIFFS' NOTICE OF PAYMENT OF BOND – CASE NO. 4:25-CV-08859-JST

**ECF ATTESTATION**

I, JONATHAN V. HOLTZMAN, am the ECF user whose identification and password are being used to file PLAINTIFFS' NOTICE OF PAYMENT OF BOND. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated:  November 20, 2025                             RENNE PUBLIC LAW GROUP


                                                      By:     */s/ Jonathan V. Holtzman*
                                                              JONATHAN V. HOLTZMAN

# EXHIBIT A

**Valerie Vitullo**

| | |
|---|---|
| **From:** | notification@pay.gov |
| **Sent:** | November 18, 2025 11:56 AM |
| **To:** | Valerie Vitullo |
| **Subject:** | Pay.gov Payment Confirmation: NDCA (California Northern) Civil and Criminal Bonds and Other Payments |

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact CAND Finance at (415) 522-4621 or CAND_Finance@cand.uscourts.gov.

Application Name: NDCA (California Northern) Civil and Criminal Bonds and Other Payments
Pay.gov Tracking ID: 27T6KO07
Agency Tracking ID: 77215756167
Transaction Type: Sale
Transaction Date: 11/18/2025 02:56:12 PM EST
Account Holder Name: Jonathan Holtzman
Transaction Amount: $100.00
Card Type: Visa
Card Number: ************8233

Defendant or Party Name: Housing Authority, City & County of San Francisco
Case Number: DCAN25CV008859-
Payer's Name: Jonathan Holtzman, Renne Public Law Group
Payer's Address, City, State, Zip: 350 Sansome St Ste 300, San Francisco, CA, 94104
Payer's Telephone: (415) 848-7245
Payer's Email: vvitullo@publiclawgroup.com
Type of Payment: Civil Bond

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service