1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Acting Chief, Civil Division
3  JEVECHIUS D. BERNARDONI (CABN 281892)
   Assistant United States Attorney
4
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
6    Telephone: (415) 436-7224
     Facsimile: (415) 436-6748
7    jevechius.bernardoni@usdoj.gov
8  Attorneys for Defendants
9
10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 | HOUSING AUTHORITY OF THE COUNTY OF | Case No. 4:25-cv-8859-JST
   | SAN DIEGO, *et al.*,
14 |                                              | **STIPULATION REGARDING**
   |     Plaintiffs,                               | **DEFENDANTS' RESPONSE DEADLINE**
15 |
   |     v.
16 |
   | SCOTT TURNER, *et al.*,
17 |
   |     Defendants.
18

19     Plaintiffs and Defendants, through their undersigned counsel of record, hereby stipulate pursuant
20  to Local Civil Rule 6-1(a) as follows:
21     The Parties have met and conferred and agree that Defendants' response deadline should be
22  continued up to and including February 2, 2026.
23  //
24  //
25  //
26  //
27  //
28
                                                    1

IT IS SO STIPULATED.

DATED: December 29, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Defendants

RENNE PUBLIC LAW GROUP


By:       */s/ Jonathan V. Holtzman*
         JONATHAN V. HOLTZMAN

Attorney for Plaintiffs
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD DEVELOPMENT ENTERPRISES CORPORATION; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; SALEM HOUSING AUTHORITY; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

SAN FRANCISCO CITY ATTORNEY'S OFFICE


By:       */s/ Ronald H. Lee*
          RONALD H. LEE

Attorney for Plaintiff
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

STIPULATION REGARDING DEFENDANTS' RESPONSE DEADLINE
Case No. 4:25-cv-8859-JST