JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR EVANS (SBN 355492)
tevans@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

JUHI S. AGGARWAL (OSB No. 130764)*
juhi.aggarwal@homeforward.org
HOME FORWARD
135 SW Ash Street
Portland, OR 97204
Telephone: 503-545-5090

*Attorney for Plaintiff*
HOME FORWARD
*Appearing pro hac vice

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 175394)
Chief Deputy City Attorney
MOLLIE M. LEE (SBN 251404)
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3935
Facsimile: (415) 437-4644
ronald.lee@sfcityatty.org

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

DANIEL B. ATCHISON (OSB No. 040424)*
datchison@cityofsalem.net
THOMAS V. CUPANI (OSB No. 924654)*
tcupani@cityofsalem.net
City of Salem, Legal Department
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY OF SALEM
*Appearing pro hac vice

MICHAEL BUENNAGEL (SBN 259000)
MBuennagel@counsel.lacounty.gov
THOMAS FAUGHAN (SBN 155238)
tfaughnan@counsel.lacounty.gov
BEHNAZ TASHAKORIAN (SBN 213311)*
Btashakorian@counsel.lacounty.gov
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
Telephone: (213) 974-1811
*Application for Northern District Admission forthcoming

*Attorneys for Plaintiff*
LOS ANGELES COUNTY DEVELOPMENT AUTHORITY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendant. | Case No. 4:25-cv-08859-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO ("Plaintiffs") and Defendant SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development and the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("Defendant"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, a Case Management Conference ("CMC") is presently scheduled in this action for January 20, 2026 at 2:00 P.M. before the Honorable JON S. TIGAR;

WHEREAS, the Joint Case Management Conference Statement is due by January 13, 2026

WHEREAS, the Parties have met and conferred and jointly request that the Court continue the Initial CMC to February 24, 2026, at 2:00 p.m., or to a later date and time convenient for the Court.

WHEREAS, the Parties further stipulate and request that the Court adjust deadlines associated with the Initial CMC, including the deadline to exchange Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1), the deadline to file the Joint Case Management Statement, and any other event or deadline tethered to the original CMC date by the Federal Rules, the Court's Local Rules, or any applicable Standing Order.

Court's Local Rules, or any applicable Standing Order shall be continued in conformity with the new CMC date.

WHEREAS, Good cause exists for the requested continuance. In particular, the Parties are actively engaged in meet-and-confer efforts under Federal Rule of Civil Procedure 26(f) and require additional time to finalize their discovery plan.

WHEREAS, and the Parties agree that the continuance will not prejudice any party and is sought in good faith to promote efficiency and orderly case management.

IT IS THEREFORE STIPULATED by and among the Parties, through their respective counsel, that:

1. The Case Management Conference presently scheduled for January 20, 2026, is continued to February 24, 2026, at 2:00 PM or to a later date and time convenient for the Court.

2. The Joint Case Management Conference Statement due January 13, 2026, is continued to February 17, 2026, or to a later date and time convenient for the Court.

3. The deadline to exchange Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be continued to February 17, 2026, or to a later date and time convenient for the Court.

IT IS SO STIPULATED.

Dated: January 6, 2026        RENNE PUBLIC LAW GROUP


                              By:  /s/ Jonathan V. Holtzman
                                   JONATHAN V. HOLTZMAN

                              Attorney for Plaintiffs
                              HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD DEVELOPMENT ENTERPRISES CORPORATION; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; SALEM HOUSING AUTHORITY; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

Dated: January 6, 2026        SAN FRANCISCO CITY ATTORNEY'S OFFICE


                              By:  /s/ Ronald H. Lee
                                   RONALD H. LEE

                              Attorney for Plaintiff
                              HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

Dated: January 6, 2026        CRAIG H. MISSAKIAN
                              United States Attorney


                              By:  /s/ Jevechius D. Bernardoni
                                   JEVECHIUS D. BERNARDONI
                                   Assistant United States Attorney

                              Attorneys for Defendant

**[PROPOSED] ORDER**

The Court, having considered the parties' submissions and for good cause shown, hereby ORDERS as follows:

1. The Initial Case Management Conference set for January 20, 2026, is continued to February 24, 2026, 2:00PM before Judge Jon S. Tigar in San Francisco, held via a Zoom webinar.
2. The Parties shall file their Case Management Statement no later than February 17, 2026.
3. The deadline to exchange Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) is continued to February 17, 2026.

IT IS SO ORDERED.

Dated: _____, 2026         _____
                                 Hon. Jon S. Tigar

# ECF ATTESTATION

I, JONATHAN V. HOLTZMAN, am the ECF user whose identification and password are being used to file STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

Dated: January 6, 2026                                            RENNE PUBLIC LAW GROUP


By:      */s/ Jonathan V. Holtzman*
              JONATHAN V. HOLTZMAN