CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MICHELLE LO (NYRN 4325163)
Acting Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7224
> Facsimile: (415) 436-6748
> jevechius.bernardoni@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, *et al.*, <br><br> Defendants. | Case No. 4:25-cv-8859-JST <br><br> **PRELIMINARY INJUNCTION APPEAL** |

PLEASE TAKE NOTICE that defendants Scott Turner, in his official capacity as Secretary of U.S. Department of Housing and Urban Development, and the U.S. Department of Housing and Urban Development hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Preliminary Injunction dated November 14, 2025, Dkt. No. 33.

//

//

//

//

//

| | |
|---|---|
| 1  DATED:  January 12, 2026 | Respectfully submitted, |
| 2 | CRAIG H. MISSAKIAN<br>United States Attorney |
| | |
| 4 | */s/ Jevechius D. Bernardoni*<br>JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney |
| | *Attorneys for Defendants* |