UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; et al.,

    Plaintiffs - Appellees,

 v.

SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

    Defendants - Appellants.

No. 26-233

D.C. No. 4:25-cv-08859-JST
Northern District of California, Oakland

ORDER

The unopposed motion (Docket Entry No. 5) to stay appellate proceedings is granted. Proceedings in this appeal are stayed pending issuance of the mandate in *County of King, et al. v. Turner, et al.* (No. 25-3664).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT