JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR EVANS (SBN 355492)
tevans@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

JUHI S. AGGARWAL (OSB No. 130764)*
juhi.aggarwal@homeforward.org
HOME FORWARD
135 SW Ash Street
Portland, OR 97204
Telephone: 503-545-5090

*Attorney for Plaintiff*
HOME FORWARD
*Appearing pro hac vice

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 175394)
Chief Deputy City Attorney
MOLLIE M. LEE (SBN 251404)
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3935
Facsimile: (415) 437-4644
ronald.lee@sfcityatty.org

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

DANIEL B. ATCHISON (OSB No. 040424)*
datchison@cityofsalem.net
THOMAS V. CUPANI (OSB No. 924654)*
tcupani@cityofsalem.net
City of Salem, Legal Department
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY OF SALEM
*Appearing pro hac vice

MICHAEL BUENNAGEL (SBN 259000)
MBuennagel@counsel.lacounty.gov
THOMAS FAUGHAN (SBN 155238)
tfaughnan@counsel.lacounty.gov
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
Telephone: (213) 974-1811
*Application for Northern District Admission forthcoming

*Attorneys for Plaintiff*
LOS ANGELES COUNTY DEVELOPMENT AUTHORITY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>    Defendant. | Case No. 4:25-cv-08859-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO ("Plaintiffs") and Defendants SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development and the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("Defendants"), by and through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Defendants' Motion to Dismiss or, in the alternative, Transfer ("Motion to Dismiss") is scheduled to be heard on April 2, 2026, at 2:00 p.m. before the Honorable JON S. TIGAR;

WHEREAS, a Case Management Conference ("CMC") is presently scheduled in this action for February 24, 2026, at 2:00 P.M. before the Honorable JON S. TIGAR;

WHEREAS, the Joint Case Management Conference Statement is due by February 17, 2026

WHEREAS, the Parties have met and conferred and jointly request, in the interest of judicial efficiency, that the Court continue the Initial CMC to April 2, 2026, at 2:00 p.m., the same date and time for the hearing on Defendants' Motion to Dismiss.

WHEREAS, the Parties further stipulate and request that the Court adjust deadlines associated with the Initial CMC in conformance with the new CMC date.

WHEREAS, Court's Local Rules, or any applicable Standing Order shall be continued in conformity with the new CMC date.

WHEREAS, and the Parties agree that the continuance will not prejudice any party and is sought in good faith to promote efficiency and orderly case management. In particular, the Parties agree that holding the CMC on the same date as the hearing on the Motion to Dismiss promotes judicial efficiency and economy.

IT IS THEREFORE STIPULATED by and among the Parties, through their respective counsel, that:

1. The Case Management Conference presently scheduled for February 24, 2026, is continued to April 2, 2026, at 2:00 PM or to a later date and time convenient for the Court.

-1-

2.  The Joint Case Management Conference Statement due February 17, 2026, is continued to March 26, 2026, or to a later date and time convenient for the Court.

IT IS SO STIPULATED.

Dated:  February 12, 2026                    RENNE PUBLIC LAW GROUP

                                             By:    /s/ *Jonathan V. Holtzman*
                                                    JONATHAN V. HOLTZMAN

                                             Attorney for Plaintiffs
                                             HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD DEVELOPMENT ENTERPRISES CORPORATION; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; SALEM HOUSING AUTHORITY; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

Dated:  February 12, 2026                    SAN FRANCISCO CITY ATTORNEY'S OFFICE

                                             By:    /s/ *Ronald H. Lee*
                                                    RONALD H. LEE

                                             Attorney for Plaintiff
                                             HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

Dated:  February 12, 2026                    CRAIG H. MISSAKIAN
                                             United States Attorney


                                             By:    /s/ *Jevechius D. Bernardoni*
                                                    JEVECHIUS D. BERNARDONI
                                                    Assistant United States Attorney
                                             Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

The Court, having considered the parties' submissions and for good cause shown, hereby ORDERS as follows:

1. The Initial Case Management Conference set for February 24, 2026, is continued to ~~April 2,~~ **May 5,** 2026, 2:00PM before Judge Jon S. Tigar in Oakland, held via a Zoom webinar.

2. The Parties shall file their Case Management Statement no later than ~~March 26,~~ **April 28,** 2026.

IT IS SO ORDERED.

Dated: February 17, 2026


_____
Hon. Jon S. Tigar