ROB BONTA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES
JARRELL E. MITCHELL
Deputy Attorneys General
State Bar No. 305055
  300 South Spring Street
  Los Angeles, CA 90013
  Telephone: (213) 269-6562
  E-mail:  Jarrell.Mitchell@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TURNER, ET AL., <br><br> Defendants. | Case No. 4:25-cv-08859 <br><br> Assigned to the Honorable Jon S. Tigar <br><br> **DECLARATION OF JARRELL MITCHELL IN SUPPORT OF ADMINISTRATIVE MOTION** |

1

## DECLARATION OF JARRELL MITCHELL

I, Jarrell Mitchell, hereby declare:

1.    I have personal knowledge of the facts stated herein and, if called as a witness, would and could competently testify to the truth thereof.

2.    I am an attorney licensed to practice law in the State of California and a Deputy Attorney General at the California Department of Justice. In that capacity, I represent the State of California in *Illinois v. United States Department of Housing and Urban Development*, No. 3:26-cv-02262 (the "Multistate Action"), which was filed in the District Court for the Northern District of California on March 16, 2026.

3.    On March 12, 2026, my office contacted counsel for the plaintiffs in the above-captioned matter, *Housing Authority of the City and County of San Francisco v. Turner*, No. 4:25-cv-08859 (the "San Francisco Action."), to ask whether there were any concerns with relating the Multistate Action to their case. Plaintiffs' counsel in the San Francisco Action had no concerns.

4.    On March 19, 2026, I contacted counsel for defendants in the above-captioned matter to determine whether they would stipulate to or not oppose relating the two actions.

5.    On March 23, 2026, counsel for Defendants in the Multistate Action informed me that they would not stipulate to relation of the cases because they believed the nature of the claims and scope of the actions were sufficiently distinct. On the same date, counsel for defendants in the San Francisco Action also stated that defendants in this matter would not stipulate to relation of the cases for the same reason.

I swear under penalty of perjury that the foregoing is true and correct. Executed this 25th day of March, 2026, in Los Angeles, California.

_____/s/ Jarrell Mitchell_____
Jarrell Mitchell

2

Declaration of Jarrell Mitchell in Support of Administrative Motion