# CERTIFICATE OF SERVICE

Case Name:   ***Hous. Auth. of the City and***   No.   **4:25-cv-08859**
***Cnty. of San Francisco v. Turner***

I hereby certify that on <u>March 25, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

**DECLARATION OF JARRELL MITCHELL IN SUPPORT OF ADMINISTRATIVE MOTION;**

**[PROPOSED] ORDER GRANTING MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.

On <u>March 25, 2026</u>, I served the attached motion and declaration by transmitting a true copy via electronic mail to the individuals listed below, who are case participants in *Illinois v. United States Department of Housing and Urban Development*, Northern District of California Case Number 3:26-cv-02262. The electronic mail was addressed as follows:

Cara Hendrickson
Cara.Hendrickson@ilag.gov
Paul Berks
Paul.Berks@ilag.gov
Katherine Pannella
Katherine.Pannella@ilag.gov
Mary Rosenberg
Mary.Rosenberg@ilag.gov

Eliza H. Simon
Eliza.Simon@dc.gov
Nicole S. Hill
Nicole.Hill@dc.gov

Hayleigh S. Crawford
Hayleigh.Crawford@azag.gov
Syreeta A. Tyrell
Syreeta.Tyrell@azag.gov
ACL@azag.gov

Kristopher Brambila
kristopher.brambila@coag.gov

Laura Thurston
Laura.Thurston@ct.gov

Ian R. Liston
Rose E. Gibson
Vanessa L. Kassab
ian.liston@delaware.gov

David D. Day
david.d.day@hawaii.gov
Kalikoʻonālani D. Fernandes
kaliko.d.fernandes@hawaii.gov

Katherine W. Thompson
Kate.thompson@maine.gov

Yasmin Dagne
ydagne@oag.maryland.gov

Nita K. Lunder
Nita.klundeer@mass.gov

Neil Giovanatti
GiovanattiN@michigan.gov

Farng-Yi D. Foo
Farng-Yi.Foo@law.njoag.gov
Michelle Kostyack
Michelle.Kostyack@law.njoag.gov

Kyla Duffy
kduffy@riag.ri.gov

Jonathan T. Rose
Julio A. Thompson
Julio.thompson@vermont.gov

Daniel J. Jeon
Daniel.jeon@atg.wa.gov

Jacqueline Claire Lau
Jacqueline.C.Lau@usdoj.gov
Joseph Borson
Joseph.Borson@usdoj.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 25, 2026, at Los Angeles, California.

| Jarrell Mitchell | /s/ Jarrell Mitchell |
|:---:|:---:|
| Declarant | Signature |