CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Acting Chief, Civil Division
JEVECHIUS BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7200
Facsimile: 415-436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for *Housing Authority* Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, *et al.*,<br><br>Defendants. | Case No. 4:25-cv-08859-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)**<br><br>The Honorable Jon S. Tigar |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)
4:25-cv-08859-JST

Under Civil Local Rules 6-2 and 7-12, the parties in the case *Illinois v. U.S. Department of Housing and Urban Development*, Case No. 3:26-cv-2262 (the "Multistate Action"), respectfully stipulate as follows to extend the Multistate Action Defendants' deadline to respond to Multistate Action Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"), ECF No. 48, by three days, to Thursday, April 2, 2026. The parties note the following relevant facts:

1.     On March 25, 2026, the Multistate Action Plaintiffs asked for their case to be related to *Housing Auth. of the City and County of S.F. v. Turner* (the above-captioned matter). Per Civil L.R. 3-12(b), the Administrative Motion was filed in this Court.

2.     Under Civil L.R. 3-12(e) and 7-11(b), Multistate Action Defendants' deadline to respond to the Administrative Motion is currently Monday, March 30, 2026 (4 days from filing). The parties stipulate to a three-day extension of the deadline, to Thursday, April 2, 2026.

3.     Good cause exists for the extension, namely:

4.     The *Housing Authority* and Multistate Actions are being handled by different components of the U.S. Department of Justice (*Housing Authority* by the United States Attorney's Office, Northern District of California; Multistate Action by the Civil Division, Federal Programs Branch);

5.     The Department of Justice believes that because the Administrative Motion was filed by the Multistate Action Plaintiffs, the attorney assigned to the Multistate Action is the attorney best positioned to respond to the Motion;

6.     The Federal Programs Branch attorney assigned to the Multistate Action is currently out of the country on vacation, and will not return until Monday, March 30;

7.     The Department of Justice believes the Court will benefit from better and more considered briefing if the attorney assigned to the Multistate Action is permitted the additional time to get back up to speed after returning to work; and

8.     The delay will not prejudice Multistate Action Plaintiffs, who consent to the extension.

*(signatures on following pages)*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)
4:25-cv-08859-JST                                        1

*For Defendants:*

DATED:  March 27, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*

JEVECHIUS BERNARDONI
Assistant United States Attorney

Attorneys for Defendants in the
*Housing Authority* Action

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)
4:25-cv-08859-JST                         2

*For Plaintiffs:*

**KWAME RAOUL**
Attorney General of Illinois

*/s/ Paul Berks*
CARA HENDRICKSON**
Executive Deputy Attorney General
PAUL BERKS**
Complex Litigation Counsel
KATHERINE PANNELLA**
Senior Assistant Attorney General
MARY ROSENBERG**
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., Chicago, IL 60603
(773) 919-2923
Paul.Berks@ilag.gov
Cara.Hendrickson@ilag.gov
Katherine.Pannella@ilag.gov
Mary.Rosenberg@ilag.gov
*Attorneys for Plaintiff State of Illinois*

**BRIAN L. SCHWALB**
Attorney General of the District of Columbia

*/s/ Nicole S. Hill*
ELIZA H. SIMON
Senior Counsel to the Attorney General
NICOLE S. HILL**
Assistant Attorney General
Office of the Attorney General
of the District of Columbia
400 Sixth Street NW
Washington, D.C. 20001
(202) 727-4171
Nicole.Hill@dc.gov
*Attorneys for Plaintiff District of Columbia*

**PHILIP J. WEISER**
Attorney General of Colorado

*/s/ Kristopher Brambila*
KRISTOPHER BRAMBILA*
Senior Assistant Attorney General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
kristopher.brambila@coag.gov
*Attorneys for Plaintiff State of Colorado*

**ROB BONTA**
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
JOEL MARRERO
Supervising Deputy Attorney General
HEIDI JOYA
LAUREN GREENAWALT
JONATHAN BENNER
ALEX FLORES

*/s/ Jarrell E. Mitchell*
JARRELL E. MITCHELL
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

**KRISTIN K. MAYES**
Attorney General of the State of Arizona

*/s/ Syreeta A. Tyrell*
HAYLEIGH S. CRAWFORD**
Deputy Solicitor General
SYREETA A. TYRELL**
Senior Litigation Counsel
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Hayleigh.Crawford@azag.gov
Syreeta.Tyrell@azag.gov
ACL@azag.gov
*Attorneys for Plaintiff State of Arizona*

**WILLIAM TONG**
Attorney General of Connecticut

*/s/ Laura Thurston*
LAURA THURSTON**
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5210
Laura.Thurston@ct.gov
*Attorneys for Plaintiff State of Connecticut*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)
4:25-cv-08859-JST                                    3

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

/s/ *Ian R. Liston*
IAN R. LISTON*
Director of Impact Litigation
ROSE E. GIBSON
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
ian.liston@delaware.gov
*Attorneys for Plaintiff State of Delaware*

**AARON M. FREY**
Attorney General of Maine

/s/ *Katherine W. Thompson*
KATHERINE W. THOMPSON**
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov
*Attorneys for Plaintiff State of Maine*

**ANTHONY G. BROWN**
Attorney General of Maryland

/s/ *Yasmin Dagne*
YASMIN DAGNE**
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-223-1580
ydagne@oag.maryland.gov
*Attorneys for Plaintiff State of Maryland*

**ANNE E. LOPEZ**
Attorney General for the State of Hawai'i

/s/ *Kaliko'onālani D. Fernandes*
DAVID D. DAY**
Special Assistant to the Attorney General
KALIKO'ONĀLANI D. FERNANDES**
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

/s/ *Nita K. Klunder*
NITA K. KLUNDER (BBO No. 689304)**
*State Trial Counsel*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2394
nita.klunder@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

**DANA NESSEL**
Attorney General of Michigan

/s/ *Neil Giovanatti*
NEIL GIOVANATTI**
*Assistant Attorney General*
Michigan Department of Attorney General
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622
GiovanattiN@michigan.gov
*Attorney for Plaintiff State of Michigan*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)
4:25-cv-08859-JST                    4

**JENNIFER DAVENPORT**
Attorney General of New Jersey

*/s/ Farng-Yi D. Foo*
FARNG-YI D. FOO**
MICHELLE KOSTYACK**
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-5365
Farng-Yi.Foo@law.njoag.gov
Michelle.Kostyack@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

**CHARITY R. CLARK**
Attorney General of Vermont

*/s/ Julio A. Thompson*
JONATHAN T. ROSE
Solicitor General
JULIO A. THOMPSON**
 Co-Director, Civil Rights Unit
109 State Street
Montpelier, VT 06509
(802) 828-3171
Julio.thompson@vermont.gov
*Attorneys for Plaintiff State of Vermont*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*/s/ Kyla Duffy*
KYLA DUFFY (RI Bar No. 10897) **
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
kduffy@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

**NICHOLAS W. BROWN**
Attorney General of Washington

*/s/ Daniel J. Jeon*
DANIEL J. JEON**
Assistant Attorney General
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Daniel.jeon@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

*\* pro hac vice forthcoming*
*\*\* admitted pro hac vice*

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)
4:25-cv-08859-JST                              5

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

I, Jevechius Bernardoni, declare that I have obtained the concurrence in the filing of this document from each of the Plaintiff signatories listed above.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 27, 2026, in San Francisco, California.

Respectfully submitted,

/s/ Jevechius D. Bernardoni

JEVECHIUS BERNARDONI
Assistant United States Attorney

Attorneys for Defendants in the
*Housing Authority* Action

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (ECF NO. 48)
4:25-cv-08859-JST                6

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  _____        _____

JON S. TIGAR
United States District Judge