UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCOTT TURNER, et al., <br><br> Defendants. | Case No. 25-cv-08859-JST <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, the case management conference scheduled for May 5, 2026 is continued to July 7, 2026 at 2:00 p.m.  An updated joint case management statement is due June 30, 2026.

**IT IS SO ORDERED.**

Dated:  May 4, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California