United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Plaintiffs,<br><br>        v.<br><br>SCOTT TURNER, et al.,<br><br>            Defendants. | Case No. 25-cv-08859-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motion to dismiss, the case management conference scheduled for July 7, 2026 is continued to September 15, 2026 at 2:00 p.m. An updated joint case management statement is due September 8, 2026.

**IT IS SO ORDERED.**

Dated: July 6, 2026



_____
JON S. TIGAR
United States District Judge