United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO, et al.,

Plaintiffs,

v.

SCOTT TURNER, et al.,

Defendants.

Case No. 25-cv-08859-JST

**ORDER DIRECTING FILING OF PROPOSED SCHEDULING ORDER AND CONTINUING CASE MANAGEMENT CONFERENCE**

Pursuant to the parties' suggestion, ECF No. 60 at 8, the parties are ordered to submit a proposed case scheduling order by October 16, 2026. The case management conference scheduled for September 15, 2026 is continued to December 15, 2026 at 2:00 p.m. An updated joint case management statement is due December 8, 2026.

**IT IS SO ORDERED.**

Dated: September 14, 2026

JON S. TIGAR
United States District Judge