JONATHAN V. HOLTZMAN (SBN 99795)
jholtzman@publiclawgroup.com
JAMES R. ROSS (SBN 149199)
jross@publiclawgroup.com
RYAN P. McGINLEY-STEMPEL (SBN 296182)
rmcginleystempel@publiclawgroup.com
JAKE D. FREITAS (SBN 341837)
jfreitas@publiclawgroup.com
MARIBEL LOPEZ (SBN 340907)
mlopez@publiclawgroup.com
TAYLOR EVANS (SBN 355492)
tevans@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile: (415) 848-7230

*Attorneys for Plaintiffs*
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF THE CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

JUHI S. AGGARWAL (OSB No. 130764)*
juhi.aggarwal@homeforward.org
HOME FORWARD
135 SW Ash Street
Portland, OR 97204
Telephone: 503-545-5090

*Attorney for Plaintiff*
HOME FORWARD
**Appearing pro hac vice*

DAVID CHIU (SBN 189542)
City Attorney
YVONNE R. MERÉ (SBN 175394)
Chief Deputy City Attorney
MOLLIE M. LEE (SBN 251404)
Chief of Strategic Advocacy
SARA J. EISENBERG, SBN 269303
Chief of Complex and Affirmative Litigation
RONALD H. LEE (SBN 238720)
Deputy City Attorney
Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102-5402
Telephone: (415) 554-3935
Facsimile: (415) 437-4644
ronald.lee@sfcityatty.org

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

DANIEL B. ATCHISON (OSB No. 040424)*
datchison@cityofsalem.net
THOMAS V. CUPANI (OSB No. 924654)*
tcupani@cityofsalem.net
City of Salem, Legal Department
PO Box 14300
Salem, Oregon 97309-3986
Telephone: (503) 588-6003
Facsimile: (503) 361-2202

*Attorneys for Plaintiff*
HOUSING AUTHORITY OF THE CITY OF SALEM
**Appearing pro hac vice*

MICHAEL BUENNAGEL (SBN 259000)
MBuennagel@counsel.lacounty.gov
THOMAS FAUGHAN (SBN 155238)
tfaughnan@counsel.lacounty.gov
Office of the County Counsel
County of Los Angeles
Kenneth Hahn Hall of Administration
500 West Temple Street #648
Los Angeles, CA 90012
Telephone: (213) 974-1811

*Attorneys for Plaintiff*
LOS ANGELES COUNTY DEVELOPMENT AUTHORITY

RENNE PUBLIC LAW GROUP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; HOUSING AUTHORITY OF THE CITY OF SALEM; HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION,

Plaintiffs,

v.

SCOTT TURNER in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Defendant.

Case No. 4:25-cv-08859-JST

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE AND AGREEMENT TO INCREASE PAGE LIMITS**

Complaint Filed: October 15, 2025

Hon. Jon S. Tigar

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Honorable Jon S. Tigar's order filed September 14, 2026 (*see* Dkt. 62), Plaintiffs Housing Authority of the County of San Diego; Home Forward; Housing Authority of City of Los Angeles; Los Angeles County Development Authority; Housing Authority of the City of Salem; Housing Authority of the City and County of San Francisco; Housing Authority of Baltimore City; San Diego Housing Commission ("Plaintiffs") and Defendants Scott Turner; the U.S. Department of Housing and Urban Development ("Defendants") (collectively, the "Parties") jointly submit the below proposed briefing schedule. The Parties by and though their respective counsel of record, hereby agree and stipulate as follows:

**WHEREAS**, the Parties have met and conferred regarding the briefing schedule;

**NOW AND THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants, through their respective counsel of record:

Plaintiffs may file an Amended Complaint by December 15, 2026. If Plaintiffs file an Amended Complaint, the Parties shall meet and confer and file a revised joint proposed briefing schedule addressing the filing of the Amended Complaint, any responsive pleadings, and cross-motions for summary judgment.

Defendants' Answer and Administrative Record be filed by February 17, 2027.

Plaintiffs' Motion for Summary Judgment be filed by March 17, 2027.

Defendants' Opposition and Cross Motion for Summary Judgment be filed by April 21, 2027.

Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment be filed by May 12, 2027.

Defendants' Reply in support of their Cross Motion for Summary Judgment be filed by June 2, 2027.

The hearing on the Parties' Cross Motions for Summary Judgment be scheduled for June 24, 2027 at 2:00pm, subject to the Court's availability and convenience.

The page limits allowed for the Parties' briefs be extended to a 30-page limit for the Plaintiffs' Motion for Summary Judgment, a 30-page limit for the Defendants' Opposition and Cross Motion for Summary Judgment, a 25-page limit for Plaintiffs' Reply in support of their Motion for Summary

Judgment and Opposition to Defendants' Cross Motion for Summary Judgment, and a 25-page limit for Defendants' Reply in support of their Cross Motion for Summary Judgment.

IT IS SO STIPULATED.

Dated: October 16, 2026

RENNE PUBLIC LAW GROUP

By: *<u>/s/ Ryan P. McGinley-Stempel</u>*
RYAN P. MCGINLEY-STEMPEL

Attorney for Plaintiffs
HOUSING AUTHORITY OF THE COUNTY OF SAN DIEGO; HOME FORWARD DEVELOPMENT ENTERPRISES CORPORATION; HOUSING AUTHORITY OF CITY OF LOS ANGELES; LOS ANGELES COUNTY DEVELOPMENT AUTHORITY; SALEM HOUSING AUTHORITY; HOUSING AUTHORITY OF BALTIMORE CITY; SAN DIEGO HOUSING COMMISSION

Dated: October 16, 2026

SAN FRANCISCO CITY ATTORNEY'S OFFICE

By: *<u>/s/ Ronald H. Lee</u>*
RONALD H. LEE

Attorney for Plaintiff
HOUSING AUTHORITY OF THE CITY AND COUNTY OF SAN FRANCISCO

Dated: October 16, 2026

US DEPARTMENT OF JUSTICE

By: *_____/s/ Jevechius D. Bernardoni_____*
JEVECHIUS D. BERNARDONI

Assistant United States Attorney
Attorney for Defendants

**~~[PROPOSED]~~ ORDER**

The Court approves the Stipulation to Briefing Schedule and Agreement to Increase Page Limits and orders the following schedule and page limits:

- Plaintiffs may file an Amended Complaint by December 15, 2026. If Plaintiffs file an Amended Complaint, the Parties shall meet and confer and file a revised joint proposed briefing schedule addressing the filing of the Amended Complaint, any responsive pleadings, and cross-motions for summary judgment.
- Defendants' Answer and Administrative Record be filed by February 17, 2027.
- Plaintiffs' Motion for Summary Judgment be filed by March 17, 2027.
- Defendants' Opposition and Cross Motion for Summary Judgment be filed by April 21, 2027.
- Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment be filed by May 12, 2027.
- Defendants' Reply in support of their Cross Motion for Summary Judgment be filed by June 2, 2027.
- The hearing on the Parties' Cross Motions for Summary Judgment be scheduled for June 24, 2027 at 2:00pm, subject to the Court's availability and convenience.
- The Parties further stipulate and request that the page limits allowed for the Parties' briefs be extended to a 30-page limit for the Plaintiffs' Motion for Summary Judgment, a 30-page limit for the Defendants' Opposition and Cross Motion for Summary Judgment, a 25-page limit for Plaintiffs' Reply in support of their Motion for Summary Judgment and Opposition to Defendants' Cross Motion for Summary Judgment, and a 25-page limit for Defendants' Reply in support of their Cross Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: October 21, 2026

[signature]

Hon. Jon S. Tigar

RENNE PUBLIC LAW GROUP